**MICHAEL D. McLEAN**
WALL, MCLEAN & GALLAGHER, PLLC
P.O. Box 1713
Helena, MT 59624
(406) 442-1054
mmclean@mlfpllc.com

**ATTORNEYS FOR GAYNELL M. BRUCK**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

* * * * *

| | |
|---|---|
| **GAYNELL M. BRUCK,**<br><br>    Plaintiff,<br><br>v.<br><br>**TARGET CORPORATION,** a Minnesota Corporation,<br><br>    Defendant. | **CAUSE NO. CV-18-___-H-SEH**<br><br>**COMPLAINT AND JURY TRIAL DEMAND** |

Gaynell M. Bruck ("Mrs. Bruck"), by and through her attorneys of record,

Wall, McLean & Gallagher, PLLC, and for her causes of action against the

Defendant claims and alleges as follows:

///

///

///

1

## PARTIES AND JURISDICTION

**I.**

Mrs. Bruck for all times material herein was a resident of the City of Helena, County of Lewis & Clark, State of Montana.

**II.**

Defendant Target Corporation ("Target") is a corporation organized and existing under the laws of the state of Minnesota and is a foreign, profit corporation that does business within the City of Helena, County of Lewis & Clark, State of Montana.

**III.**

The acts and omissions complained of herein occurred within the City of Helena, County of Lewis & Clark, State of Montana.  This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a).  Venue is proper in this District Court pursuant to 28 U.S.C. § 1391(b)(2).

**IV.**

On September 16, 2017 at approximately 10:30 a.m., Mrs. Bruck entered the Helena Target store.  After she returned an item, Mrs. Bruck intended to walk to the household department and proceeded to walk on the linoleum aisle walkway ("aisle").  As Mrs. Bruck walked past the girls' clothing department inside the

aisle, her foot unexpectedly struck a hard object that caused her to trip and fall. Seconds after the fall, Mrs. Bruck and another individual who was shopping in the girls' department noticed that a clothing rack's foot was protruding into the aisle where Ms. Bruck had just walked.

## V.

Target was negligent and its negligence includes but is not limited to the following acts and omissions:

    A.    Target had a duty to maintain its premises, including the store's aisles in a reasonably safe condition for customers, like Mrs. Bruck to walk upon while inside the store.

    B.    Target had a duty to its customers, including Mrs. Bruck to warn of any hidden or lurking dangers, including the clothing rack's foot that became a tripping hazard due to its proximity to the aisle.

    C.    Target breached its duty to Mrs. Bruck when its agents or employees placed a clothing rack or allowed it to remain in such proximity to the aisle that the rack's foot protruded out into the aisle and became a dangerous tripping hazard.

    D.    As a direct and proximate result of Target's negligence, Mrs. Bruck tripped over the metal foot of the clothing rack and fell to the ground. Mrs. Bruck suffered servere, serious and painful injuries for which she claims damages.

## VI.

WHEREFORE, Mrs. Bruck prays for the following relief:

1.    For all medical expenses, past, present and future;

2. For physical and mental pain and suffering; past, present and future;

3. For any loss of her ability to enjoy a normal course of life;

4. For such other and further relief as this Court finds just and proper.

Dated this 1st day of May 2018.

**WALL, McLEAN & GALLAGHER, PLLC**

By  /s/ Michael D. McLean
**Michael D. McLean**
P.O. Box 1713
Helena, MT 59624

**ATTORNEYS FOR GAYNELL M. BRUCK**

## DEMAND FOR JURY TRIAL

Mrs. Bruck respectfully requests a trial by jury on all of the issues raised in this Complaint.

Dated this 1st day of May 2018.

**WALL, McLEAN & GALLAGHER, PLLC**

By  /s/ Michael D. McLean
**Michael D. McLean**
P.O. Box 1713
Helena, MT 59624

**ATTORNEYS FOR GAYNELL M. BRUCK**