**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**HELENA DIVISION**

**FILED**

MAY 2 1 2018

Clerk, U.S. District Court
District Of Montana
Helena

|  |  |
|---|---|
| GAYNELL M. BRUCK,<br><br>             Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a<br>Minnesota Corporation,<br><br>             Defendants. | No. CV-18-62-H-SEH<br><br><br>**ORDER** |

On May 11, 2018, Plaintiff was ordered to file an amended complaint

properly alleging jurisdiction.[1] A First Amended Complaint and Jury Trial

Demand ("Amended Complaint") was filed on May 17, 2018.[2] Jurisdiction is still

not properly pleaded.

"A corporation, for purposes of diversity, is a citizen of *both* the state of

incorporation and of the state in which it has its principal place of business.

*Montrose Chemical Corp. v. American Motorists Ins. Co.*, 117 F.3d 1128, 1134

(9th Cir. 1997); 28 U.S.C. §1332(c)(1)."[3] The Amended Complaint alleges that

---

[1] Doc. 3.

[2] Doc. 5.

[3] Doc. 3 at 2-3 (emphasis added).

Defendant Target Corporation "is a citizen and a corporation with its principal place of business located in the State of Minnesota."[4] The Amended Complaint does not address both state of incorporation and principal place of business. "In a diversity case an allegation that a corporation is a citizen of a state is insufficient without an allegation as to the state in which it is incorporated and that state in which it has its principal place of business." *Veeck v. Commodity Enters., Inc.*, 487 F.2d 423, 426 (9th Cir. 1973); *See* 28 U.S.C. § 1332.

ORDERED:

This case will be dismissed on May 29, 2018, unless Plaintiff files an additional amended pleading properly alleging jurisdiction on or before that date. A third opportunity to properly plead jurisdiction will not be accorded. In the absence of an appropriate filing, this action will be dismissed.

DATED this __21ˢᵗ__ day of May, 2018

SAM E. HADDON
United States District Judge

---

[4] Doc. 5 at 2.