FILED

JUL 0 2 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| GAYNELL M. BRUCK,<br><br>        Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a<br>Minnesota Corporation,<br><br>        Defendant. | No. CV-18-62-H-SEH<br><br>**ORDER** |

The Court's Order of May 29, 2018, setting this matter for preliminary pretrial conference, required that each party's preliminary pretrial statement comply with each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1).[1]

---

[1] Doc. 12 at 3.

Plaintiff's Preliminary Pretrial Statement,[2] filed June 26, 2018, and Defendant's Rule 26(a)(1) Initial Disclosure,[3] filed June 29, 2018, are deficient in at least the following particulars:

1. Plaintiff's Preliminary Pretrial Statement[4] does not address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(iii) and L.R. 16.2(b)(1)(E) and required by the Court's May 29, 2018, Order.

2. Defendant's Rule 26(a)(1) Initial Disclosure[5] does not address the matters listed in L.R. 16.2(b)(1) and required by the Court's May 29, 2018, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements to address the deficiencies outlined in paragraphs 1 and 2 above shall be filed and served on or before July 6, 2018.

DATED this 2nd day of July, 2018

SAM E. HADDON
United States District Judge

---

[2] Doc. 14.

[3] Doc. 16.

[4] Doc. 14.

[5] Doc. 16.