FILED

1/14/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

|  |  |
|---|---|
| GAYNELL M. BRUCK,<br><br>               Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a<br>Minnesota Corporation,<br><br>               Defendant. | No. CV-18-62-H-SEH<br><br>**ORDER** |

Defendant Target Corporation filed Defendant's Expert Witness Disclosure identifying Lowell M. Anderson, M.D., as a retained expert.[1] The disclosure does not comply with the requirements of Fed. R. Civ. P. 26(a)(2)(B) or the Court's Scheduling Order of July 16, 2018.[2]

ORDERED:

Defendant shall serve and file the report prepared in compliance with Fed.

---

[1] Doc. 26 at 4.

[2] Doc. 21.

R. Civ. P. 26(a)(2)(B) and the Scheduling Order of July 16, 2018,[3] on or before

January 25, 2019.

DATED this 14th day of January, 2019

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Doc. 21.