FILED
3/26/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| GAYNELL M. BRUCK,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendants. | No. CV-18-62-H-SEH<br><br>**ORDER** |

To assist the Court in addressing pending and potential discovery issues in this case,

ORDERED:

Each party shall forthwith file with the Court complete copies of all discovery requests proposed to the opposing party and complete copies of all responses to discovery provided.

DATED this 26th day of March, 2019

SAM E. HADDON
United States District Judge

-1-