# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

FILED
3/28/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| GAYNELL M. BRUCK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a<br>Minnesota Corporation,<br><br>　　　　　Defendants. | No. CV-18-62-H-SEH<br><br>**ORDER** |

The Court conducted a conference call with counsel of record on March 28, 2019, at which Plaintiff's counsel withdrew the pending motion to compel.[1]

ORDERED:

Mrs. Bruck's Motion to Compel Discovery Responses From Target Corporation[2] is WITHDRAWN.

DATED this 28th day of March, 2019

　　　　　　　　　　　　　　　/s/ Sam E. Haddon
　　　　　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 34.

[2] Doc. 34.