IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
4/26/2019
Clerk, U.S. District Court
District of Montana
Helena Division

GAYNELL M. BRUCK,

                Plaintiff,

vs.

TARGET CORPORATION, a Minnesota Corporation,

                Defendants.

No. CV-18-62-H-SEH

**ORDER**

Mrs. Bruck's Unopposed Motion to File a Redacted Exhibit A and to Seal the Unredacted Exhibit A[1] is GRANTED subject to and upon the conditions of this Order.

ORDERED:

1. Plaintiff shall file a redacted Exhibit A to Mrs. Bruck's Response Brief in Opposition to Target's Motion *in Limine* to Exclude New Evidence of Dr. Michelotti.[2]

---

[1] Doc. 62.

[2] Doc. 61.

-1-

2. The clerk is directed to seal the unredacted Exhibit A[3] attached to Mrs. Bruck's Response Brief in Opposition to Target's Motion *in Limine* to Exclude New Evidence of Dr. Michelotti.[4]

3. All documents relied upon by the Court in resolving any issue before the Court, including documents filed under seal, will be made public contemporaneously with the Court's ruling on the issue.

DATED this 26th day of April, 2019

*Sam S Haddon*

SAM E. HADDON
United States District Judge

---

[3] Doc. 61-1.

[4] Doc. 61.