IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
7/11/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| GAYNELL M. BRUCK,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a<br>Minnesota Corporation,<br><br>　　　　　　　Defendants. | No. CV-18-62-H-SEH<br><br>**ORDER** |

The parties having filed a Stipulation to Dismiss With Prejudice,[1]

ORDERED:

This matter is DISMISSED with prejudice, each party to bear their own costs and fees.

DATED this 11th day of July, 2019.

　　　　　　　　　　　　　*/s/ Sam E. Haddon*
　　　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 79.